| UNITED STATES DISTRICT COURT | MAGISTRATE JUDGE'S MINUTES |
|---|---|
| DISTRICT OF ARIZONA - Flagstaff | |

DATE: June 4, 2020    CASE NUMBER:  20-04089MJ-001-PCT-CDB

USA vs. Loren Reed

U.S. MAGISTRATE JUDGE: CAMILLE D. BIBLES   #: 70CF

A.U.S. Attorney Paul Stearns for Davis Pimsner    INTERPRETER _____
LANGUAGE _____
Attorney for Defendant Luke Mulligan (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness __

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY
DOA 6/2/20           ☒ Initial Appearance         ☐ Appointment of counsel hearing held
☐ Financial Afdvt taken   ☒ No Financial Afdvt taken   ☐ Financial Afdvt sealed
☐ Rule 40  ☐ Rule 20   ☐ Defendant states true name to be __. Further proceedings ORDERED in Defendant's true name.

**DETENTION HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
Set for:   6/8/20 AT 9:30 AM
Before:    MAGISTRATE JUDGE BIBLES
☒ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____
☐ Defendant continued detained pending trial
   ☐ Flight risk  ☐ Danger

**REMOVAL HEARING/ID:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☐ Waived
Set for:
Before:

☐ Warrant of removal issued.
☐ Defendant ordered released _____

**PRELIMINARY HEARING:**
☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset
☐ Waived
Set for:   6/8/20 AT 9:30 AM
Before:    MAGISTRATE JUDGE BIBLES
☐ Probable cause found    ☐ Dismissed
☐ Held to answer before District Court

**ARRAIGNMENT:**
☐ Held  ☐ Con't  ☐ Reset

Set for:
Before:

Other: Defendant sworn as to financial status. Court appoints Luke Mulligan for the defendant, with appointment type AFPD. Oral order by the Court unsealing the Complaint and all further proceedings.

RECORDED: Courtsmart
BY:  Christina S. Hurley
Deputy Clerk

IA - 5 mins.
10:31 am to 10:36 am