JON M. SANDS
Federal Public Defender
District of Arizona
123 N. San Francisco Street, Suite 204
Flagstaff, AZ 86001
Telephone: (928) 213-1942
Fax: (928) 213-1946

Luke S. Mulligan, State Bar # 018523
Asst. Federal Public Defender
Attorney for Defendant
Luke_Mulligan@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>vs.<br>Loren Reed,<br>Defendant. | No. 20-4089MJ-001-PCT-CDB<br>**DEFENDANT'S MOTION TO REOPEN DETENTION AND TRANSPORT DEFENDANT TO THE FLAGSTAFF COURT FOR A PRETRIAL SERICES INTERVIEW** |

Defendant Loren Reed, through undersigned counsel, hereby moves the Court, pursuant to 18 U.S.C. § 3142(f), to reopen the issue of pretrial detention in this matter. This motion is based upon the anticipated discovery of new information in the form of a completed Pretrial Services Report. The defense initially declined to participate in the Pretrial Services interview, but upon further consideration, Mr. Reed would like to participate in the Pretrial Services interview. Undersigned counsel contacted Pretrial to request that an interview be conducted, but was

informed that a motion to reopen detention was necessary before an interview could be scheduled, and that Mr. Reed would have to be transported back to the Flagstaff court for Pretrial to conduct the interview. Mr. Reed remains in the Coconino County Jail.

Wherefore, the defense requests that the court order the U.S. Marshals Service to transport Mr. Reed to the Flagstaff court location at the earliest date practicable so that U.S. Pretrial Services can interview him and provide an updated Pretrial Services Report. The defense further requests that the court schedule a Detention Hearing after the updated Pretrial Services Report is received.

AUSA David Pimsner does not object to a Pretrial Services interview being conducted, but reserves the right to object to reopening the issue of detention.

Respectfully submitted: June 30, 2020.

JON M. SANDS
Federal Public Defender

*s/ Luke S. Mulligan*
Luke S. Mulligan
Asst. Federal Public Defender

Copy of the foregoing transmitted by CM/ECF for filing and served on June 30, 2020, to:

Honorable Camille D. Bibles
United States Magistrate Court
123 N. San Francisco Street, Suite 200
Flagstaff, AZ 86001

David A. Pimsner & Todd Allison
Assistant United States Attorneys
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, AZ 85004

Copy mailed to:
Matthew Szmytke
U.S. Pretrial Services Officer

Loren Reed, Defendant

*s/ P.K.*