# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 20-4089MJ-001-PCT-CDB |
| Plaintiff, | |
| v. | **ORDER** |
| Loren Reed, | |
| Defendant. | |

The Court having considered the Defendant's Second Motion to Reopen Detention Hearing and good cause appearing therefore,

**IT IS HEREBY ORDERED GRANTING** the defendant's motion scheduling this matter for a detention hearing on this day, _____, 2020 at _____ AM/PM.

**IT IS FURTHER HEREBY ORDERED** that U.S. Pretrial Services prepare an updated Pretrial Services Report.